# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RIVERSIDE CONSTRUCTION MATERIALS, INC., CONSTRUCTURUAL DYNAMICS, INC., And SILVI CONCRETE PRODUCTS, INC. | : : : : | CIVIL ACTION<br><br>NO. 2:26-cv-00079-NIQA |
| Vs. | : : : | |
| NEW JERSEY RE-INSURANCE COMPANY | : | |

### STIPULATION & [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

It is hereby stipulated and agreed by and between counsel for the above captioned parties that defendant, New Jersey Re-Insurance Company, shall have an extension of 30 days to respond to the Complaint, such that it must answer or move by March 6, 2026.

| | |
|---|---|
| **FOWLER HIRTZEL MCNULTY & SPAULDING, LLC** | **McCORMICK & PRIORE, P.C.** |
| BY:  /s/ *Joseph R. Fowler* | BY:  /s/*Robert J. Cahall* |
|     Joseph R. Fowler, Esquire |     Robert J. Cahall, Esquire |
|     Attorney for Plaintiffs |     Attorney for Defendant, |
|     1717 Arch Street |     New Jersey Re-Insurance Company |
|     Suite 1310 |     2001 Market Street, Suite 3801 |
|     Philadelphia, PA 19103 |     Philadelphia, PA  19103 |
|     T: 215-789-4848 |     T: 215-972-0161 |
|     Email: jfowler@fhmslaw.com |     Email:  rcahall@mccormickpriore.com |
|     Attorney ID #55661 |     Attorney ID #308767 |

Dated:  February 6, 2026

**IT IS SO ORDERED.**

**BY THE COURT:**

_____